[No. 59007-3-I. Division One. July 7, 2008.]

TERCEL CORPORATION, *Respondent*, v. DONALD A. RASMUSSEN
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-01677-5, Ira Uhrig, J., entered September 22, 2006. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 59091-0-I. Division One. July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BING YU,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01293-0, Nicole MacInnes, J., entered October 16, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Agid and Ellington, JJ.

[No. 59167-3-I. Division One. July 7, 2008.]

*In the Matter of the Detention of* ROBERT BERGEN.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BERGEN,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-04135-3, Richard J. Thorpe, J., entered November 6, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Leach, J. Now published at 146 Wn. App. 515.

[No. 59208-4-I. Division One. July 7, 2008.]

*In the Matter of the Detention of* DONALD HENRICKSON,
*Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-07988-1, Richard McDermott, J., entered November 6, 2006. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Agid and Cox, JJ.